463 A.2d 57

Commonwealth v. Johnson, Appellant.

Petition for Allowance of Appeal
Denied Nov. 17, 1983.

Argued April 12, 1983. Joseph P. Green, Jr., Assistant Public Defender, for appellant; Stuart B. Suss, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTEMURO and POPOVICH, JJ.

Judgment of sentence affirmed.